IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CODY LEE CHADWICK, and
JOHN EVAN PULLAM                                                PLAINTIFFS

v.                             3:15-cv-138-DPM-JTR

DAVID CARTER,
Greene County Sheriff, and
ALLISON HUCKABEE,
Jail Administrator,
Greene County Detention Center                                  DEFENDANTS

JUDGMENT

Chadwick and Pullam's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 July 2015